# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOTHER DISTRICT OF NEW YORK

| | |
|---|---|
| Luisset Figueroa and Jean Joseph, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BlendJet, Inc.,<br><br>Defendant. | Case No. 7:23-cv-07911 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Luisset Figueroa and Jean Joseph, by and through their undersigned counsel of record, hereby dismiss their claims against Defendant BlendJet, Inc., without prejudice.

Dated: New York, New York
     September 28, 2023

Respectfully submitted,

**GUCOVSCHI ROZENSHTEYN, PLLC**

By: */s/ Adrian Gucovschi*
     Adrian Gucovschi, Esq.

140 Broadway, Suite 4667
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gr-firm.com

*Counsel for Plaintiffs*

---

In light of the voluntary dismissal of this action pursuant to Rule 41(a), the pending letter-motion seeking leave to intervene is denied as moot. The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 6) and to close this case.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
     September 29, 2023